UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| **THE SRKO FAMILY LIMITED** ) | Case No. 10-13186 SBB |
| **PARTNERSHIP** ) | Chapter 11 |
| Debtor. ) | |
| ) | |
| **PUEBLO BANK AND TRUST** ) | |
| **COMPANY** ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| **THE SRKO FAMILY LIMITED** ) | |
| **PARTNERSHIP** ) | |
| Respondent. ) | |

**ORDER APPROVING MOTION FOR RELIEF FROM STAY**

Before the Court is The Pueblo Bank and Trust Company's ("PB&T") Motion for Relief from Automatic Stay (the "Motion"), pursuant to 11 U.S.C. § 362(d), to exercise its rights under deeds of trust encumbering real property owned by The SRKO Family Limited Partnership (the "Debtor"). It is hereby ORDERED that:

1. The Motion is granted.

2. PB&T is granted relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(2) to exercise its applicable state law remedies, including commencing foreclosure against the Subject Real Property (as defined in the Motion) described as:

   a. "Vacant Land A-G, Westfield Trade Center & I-L1, Dawson Ridge Subdivision, Castle Rock, Colorado 80104" and

   b. "70 W 6th St., Units #206 & 207, Denver, Colorado 80204."

3. The 14-day stay of Fed. R. Bankr. P. 4001(a)(3) is hereby expressly waived, and PB&T may immediately proceed against such property following entry of this Order.

Dated: August 17, 2010

BY THE COURT:

_Sid Brooks_
Sidney B. Brooks,
United States Bankruptcy Judge