**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: ) | |
| ) | Case No.  10-13186 SBB |
| THE SRKO FAMILY LIMITED ) | Chapter 11 |
| PARTNERSHIP ) | |
| EIN 20-0334422 ) | |

**BALLOT SUMMARY TO**
**SECOND MODIFICATION TO**
**SECOND AMENDED PLAN OF REORGANIZATION PROPOSED BY INFORMAL**
**MECHANICS LIENHOLDER COMMITTEE**
(G.E. Johnson Construction Company, Inc., Stresscon Corp., Mech-One, Inc., Olson Plumbing and Heating Company, Rial Heating and Air Conditioning, Inc., E Light Electric Services, Inc., and Bible Electric, Inc.)

The Informal Mechanics Lienholder Committee, (the "**Committee**") an informal committee of creditors holding mechanics' lien claims against property owned by The SRKO Family Limited Partnership ("**Debtor**") by its counsel, Fairfield and Woods, P.C., submits the following summary of ballots submitted in connection with confirmation of its Second Amended Plan of Reorganization (the "Plan"):

1. Five Classes of Claims are entitled to vote on the Plan:

   a. Class 1A – Secured Claims of Priority Filing 1 Lienholders

   b. Class 1B – Secured Claims of Non-Priority Filing 1 Lienholders

   c. Class 2 – Secured Claims of Vacant Lienholders

   d. Class 5 -  General Unsecured Claims

   e. Class 6 – Jannie Richardson Estate

Each of these Classes of Claims have accepted the Plan.  Class 7, the impaired Class of Interests in the Debtor, which will receive nothing under the Plan, is deemed to have rejected the Plan.

2. The votes received in each Class both for and against the Plan are summarized below.  Several ballots were cast in dollar amounts inconsistent with the dollar amounts of the Claims held by such creditors, according to the Debtor's records and as reflected in the Exhibits to the Disclosure Statement.  The differences were immaterial to the outcome of the voting.  In addition, one creditor whose claim was classified in Class 1B of the Plan submitted a Class 5

1

ballot in support of the Plan, instead. That ballot was counted as a vote in favor of the Plan in Class 1B.

3. Class 1A:

### Number of Votes from Holders of Class 1A Claims

|  | Number | Percentage |
|---|---|---|
| Total votes: | 3 | 100% |
| Acceptances: | 3 | 100% |
| Rejections: | 0 | 0% |

### Dollar Amount of Class 1A Claims Voted

|  | Amount | Percentage |
|---|---|---|
| Total amount voted: | $1,495,009.19 | 100% |
| Acceptances: | $1,495,009.19 | 100% |
| Rejections | 0 | 0 |

4. Class 1B:

### Number of Votes from Holders of Class 1B Claims

|  | Number | Percentage |
|---|---|---|
| Total votes: | 33 | 100% |
| Acceptances: | 32[1] | 99% |
| Rejections: | 1 | 1% |

### Dollar Amount of Class 1B Claims Voted

|  | Amount | Percentage |
|---|---|---|
| Total amount voted: | $15,598,001.30 | 100% |
| Acceptances: | $15,582,238.80 | 100% |
| Rejections | $ 15,762.50 | 1% |

5. Class 2:

### Number of Votes from Holders of Class 2 Claims

|  | Number | Percentage |
|---|---|---|
| Total votes: | 5 | 100% |
| Acceptances: | 5 | 100% |
| Rejections: | 0 | 0% |

---

[1] Three ballots were received on account of the Concrete Management Corp. claim in the amount of $1,586,299.55, due to the partial assignments of interests in that claim. These ballots were counted as 1 vote.

2

Amount of Class 2 Claims Voted

|  | Amount | Percentage |
|---|---|---|
| Total amount voted: | $ 285,207.23 | 100% |
| Acceptances: | $ 285,207.23 | 100% |
| Rejections: | 0 | 0 |

6. Class 5:

Number of Votes from Holders of Class 5 Claims

|  | Number | Percentage |
|---|---|---|
| Total votes: | 5[2] | 100% |
| Acceptances: | 5 | 100% |
| Rejections: | 0 | 0% |

Amount of Class 5 Claims Voted

|  | Amount | Percentage |
|---|---|---|
| Total amount voted: | $ 4,882,873.60 | 100% |
| Acceptances: | $ 4,882,873.60 | 100% |
| Rejections | 0 | 0 |

7. Class 6. C. Randel Lewis, as the Trustee of the Jannie Richardson Estate, is the sole member of this class and submitted his ballot in favor of the Plan.

Dated: October 13, 2014.

Fairfield and Woods, P.C.

*/s/ Caroline C. Fuller*
Caroline C. Fuller, Esq.
1801 California Street, Suite 2600
Denver, CO  80202
(303) 830-2400
cfuller@fwlaw.com
*Counsel for the Informal Mechanics Lienholder Committee*

---

[2] Three ballots were received on account of the Concrete Management Corp. claim in the amount of $575,000.00, due to the partial assignments of interests in that claim. These ballots were counted as 1 vote.

3