# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| THE SRKO FAMILY LIMITED ) | Case No. 10-13186 SBB |
| PARTNERSHIP ) | Chapter 11 |
| EIN: 20-033442 ) | |
| ) | |
| Debtor. ) | |

## BALLOT REPORT FOR SECOND AMENDED PLAN OF REORGANIZATION FOR THE DEBTOR DATED SEPTEMBER 19, 2014 OF JANNIE RICHARDSON AND WEBELIEVEINTOMORROW, LLC

Jannie Richardson, through her counsel Onsager | Guyerson | Fletcher | Johnson LLC, submits her Ballot Report on the Second Amended Plan of Reorganization for the Debtor Dated September 19, 2014 of Jannie Richardson and WeBelieveInTomorrow, LLC (the "Plan") as follows:

1. On September 22, 2014, the Court entered its Order Approving Disclosure Statement and Setting Confirmation Hearing (the "Disclosure Order"). The Disclosure Order established October 10, 2014 as the last date for creditors to submit ballots accepting or rejecting the Plan.

2. On September 22, 2014, the following documents were served on all interested parties: (i) the Plan; (ii) the Disclosure Statement for Second Amended Plan of Reorganization for the Debtor Dated September 19, 2014 of Jannie Richardson and WeBelieveInTomorrow, LLC; (iii) the Disclosure Order; and (iv) Ballot for Accepting or Rejecting Plan.

3. As of the voting deadline on October 10, 2014, Onsager | Guyerson | Fletcher | Johnson received ballots as indicated on **Exhibit A** attached hereto. No class of creditors entitled to vote on the Plan accepted the Plan.

4. The original ballots are in possession of counsel and are available for inspection upon request.

DATED: October 13, 2014          Respectfully submitted,

**Onsager | Guyerson | Fletcher |Johnson, LLC**

/s/Christian C. Onsager
Christian C. Onsager, #6889
1801 Broadway, Suite 900
Denver, Colorado 80202
Ph: (303) 512-1123
Fax: (303) 512-1129
consager@ogfj-law.com
*Counsel to Jannie Richardson*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 13, 2014, I served by prepaid first class mail a copy of BALLOT REPORT FOR SECOND AMENDED PLAN OF REORGANIZATION FOR THE DEBTOR DATED SEPTEMBER 19, 2014 OF JANNIE RICHARDSON AND WEBELIEVEINTOMORROW, LLC on the following, including all parties that filed an objection to confirmation of the Plan at the following addresses:

| | | |
|---|---|---|
| Craig A. Christensen<br>600 17rh St., Ste. 1800-S<br>Denver, CO 80202-5441 | Lee Kutner<br>1660 Lincoln St., Ste. 1850<br>Denver, ,CO 80264-9911 | Caroline Fuller<br>1801 California St., Ste. 2600<br>Denver, CO 80202-2645 |
| Harrie Lewis<br>600 17th St., Ste. 1800-S<br>Denver, CO 80202-5441 | Alan K. Motes<br>United States Trustee<br>999 18th Street, Ste. 1551<br>Denver, CO 80202-2415 | The SRKO Family Ltd Partnership<br>5540 N. Academy Blvd., Ste. 100<br>Colorado Springs, CO 80918 |
| Thomas O. Ashby<br>BAIRD HOLM LLP<br>1700 Farnam Street, Suite 1500<br>Omaha, NE 68102-2068 | | |

By: s/ Barbara A. Moss