Richardson Plan Ballots

**EXHIBIT A**

| Class | Creditor | Amount | Accept | Reject |
|---|---|---|---|---|
| 1A | Transit Mix Concrete Co. | $1,300,000.00 | | $1,300,000.00 |
| 1B | ITG CX Harding LLC | $44,753.33 | $44,753.33 | |
| 1C | Kwal Howells, Inc. | $151,164.00 | | $151,164.00 |
| Total Class 1 | | | $44,753.33 | $1,451,164.00 |
| | | | | |
| 4 | Superior Steel Connectors | $18,651.56 | $18,651.56 | |
| 4 | Perkey Steel Inc., GSP Investments, LLC | | | $0.00 |
| | Interstate Mechanical Inc. | | | $0.00 |
| 4 | Belvedere Holdings Inc. | $154,583.20 | | $154,583.20 |
| 4 | E. Light Electric Services, Inc. | $540,480.95 | | $540,480.95 |
| 4 | MechOne Inc. | $148,703.70 | | $148,703.70 |
| 4 | Olson Plumbing & Heating Co. | $1,118,391.58 | | $1,118,391.58 |
| 4 | Rial Heating & Air Conditioning Inc. | $224,235.69 | | $224,235.69 |
| 4 | Stresscon Corporation | $2,299,774.59 | | $2,299,774.59 |
| 4 | Windsor Concrete Inc. | $224,331.18 | | $224,331.18 |
| 4 | Horizon Glass & Glazing CO | $236,158.65 | | $236,158.65 |
| 4 | Barton Leasing (1) | $1,568,299.55 | | $1,568,299.55 |
| 4 | Barton Leasing (2) | $136,474.94 | | $136,474.94 |
| 4 | Drake Williams Steel Inc. | $2,583,130.41 | | $2,583,130.41 |
| 4 | NOAH LLC | $4,297,000.00 | | $4,297,000.00 |
| 4 | First Citizens Bank & Trust Co. | $1,568,299.55 | | $1,568,299.55 |
| 4 | First Citizens Bank & Trust Co. | $575,000.00 | | $575,000.00 |
| 4 | General Ceiling and Partitians Inc. | $492,484.26 | | $492,484.26 |
| 4 | N.E.S. Inc. | $108,594.06 | | $108,594.06 |
| 4 | EZA P.C. dba Oz Architecture of Boulder, Inc. | $503,897.14 | | $503,897.14 |
| 4 | Entech Engineering Inc. | $151,640.79 | | $151,640.79 |
| 4 | Rockwells Consulting, Inc. | $40,562.73 | | $40,562.73 |
| 4 | C. Randel Lewis, Trustee | $15,000,000.00 | | $15,000,000.00 |
| 4 | Concrete Management Corp. | $575,000.00 | | $575,000.00 |
| 4 | Concrete Management Corp. | $1,586,299.55 | | 1586299.55 |
| Total Class 4 | | $34,151,994.08 | $18,651.56 | $34,133,342.52 |