# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held **October 16, 2014**, Before Honorable Sidney B. Brooks

| | |
|---|---|
| **In re:** )<br>)<br>**THE SRKO FAMILY LIMITED PARTNERSHIP** )<br>**EIN# 20-0334422** )<br>)<br>)<br>)<br>**Debtor(s).** ) | **Bankruptcy Case No.**<br>**10-13186 - SBB**<br>**Chapter 11** |

☒  Appearances:

| | | | |
|---|---|---|---|
| Debtor(s), | THE SRKO FAMILY LIMITED PARTNERSHIP | :Counsel: | Lee Kutner |
| Trustee, | United States Trustee: | Counsel: | Allen Motes |
| Creditor, | Informal Mechanics Lienholders: | Counsel: | Caroline Fuller & Jean Arnold |
| Creditor, | Jannie Richardson: | Counsel: | Christian Onsager |
| Creditor, | ITG Taxable Fund, LLLP: | Counsel: | Christopher Richardson |
| Creditor, | Transit Mix Concrete Co. | Counsel: | David Law |
| Creditor, | C. Randel Lewis, Chapter 11 Trustee for the: Jannie Richardson Bankruptcy Case, Case No. 10-16450-SBB | Counsel: | Craig Christensen & Harrie Lewis |

☐  No appearances:

Proceedings:    **Confirmation hearing regarding Second Amended Chapter 11 Plan of Reorganization filed August 28, 2014 by Informal Mechanics Lienholders ("Lienholder's Plan") (Docket #1158) and Supplement thereto filed August 28, 2014 (Docket #1159) and Objection filed by Jannie Richardson on October 1, 2014 (Docket #1194)**

☒  Entry of appearances and statements/arguments made

☒  Evidentiary[1]

☐  Witnesses sworn, as noted below, or ☐ see attached list

☐  Exhibits entered, as noted below, or ☐ see attached list

☒  **Also appearing by telephone were Jannie Richardson and other members of the**

**Mr. Onsager confirmed that the proposed competing reorganization plan by Jannie Richardson is no longer being pursed by the proponent.**

**Ms. Fuller made offers of proof in support of the Second Amended Chapter 11 Plan of Reorganization filed August 28, 2014 by Informal Mechanics Lienholders ("Lienholder's Plan").**

**Mr. Onsager presented argument to the Court regarding Jannie Richardson's objection to the plan's provisions requesting injunctive relief against Ms. Richardson and regarding this Court's jurisdiction over matters arising post-confirmation.**

**Ms. Fuller called C. Randel Lewis as a witness, who was sworn in and testified under oath. Mr. Onsager conducted a cross-examination of the witness. Harrie Lewis conducted an examination of the witness.**

---

[1] Evidentiary for statistical reporting purposes.

# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
## Minutes of Electronically Recorded Proceeding
Held **October 16, 2014**, Before Honorable Sidney B. Brooks

---

**Mr. Onsager conducted a re-cross examination of the witness.**

**Ms. Fuller called James Sorinson as a witness, who was sworn in and testified under oath. Ms. Christensen conducted a brief examination of the witness. Mr. Onsager conducted a cross-examination of the witness.**

**Mr. Onsager called C. Randel Lewis as a witness.**

**The Court recessed.**

**Upon reconvening, Ms. Fuller and Mr. Onsager made closing argument to the Court.**

**Mr. Craig Christensen and Ms. Fuller advised the Court regarding the status of certain pending matters.**

**The Court indicated that an oral ruling by telephone may be issued on Friday, October 24, 2014.**

---

Orders:

☒ Oral findings and conclusions made of record

☒ IT IS ORDERED that based on statements made on the record, the Informal Mechanics Lienholders shall *forthwith* submit to the Court via email to courtrrome@cob.uscourts.gov a modified proposed order confirming the Second Amended Chapter 11 Plan of Reorganization filed August 28, 2014 by Informal Mechanics Lienholders ("Lienholder's Plan") (Docket #1158) and Supplement thereto filed August 28, 2014 (Docket #1159); Supplement thereto filed August 28, 2014 (Docket #1159); and Second Modifications to Second Amended Plan of Reorganization Proposed by Informal Mechanics Lienholder Committee filed October 15, 2014 (Docket # 1203) pursuant to instructions provided to counsel on the record.

IT IS FURTHER ORDERED that Counsel for Jannie Richardson and the Informal Mechanics Lienholders shall, **on or before October 22, 2014,** file with the Court proposed findings of fact, conclusions of law and order on the two issues that remain in dispute regarding plan confirmation.

IT IS FURTHER ORDERED that an Oral Ruling regarding the remaining issues regarding confirmation of the Informal Mechanics Lienholders's Second Amended Chapter 11 Plan of Reorganization shall be scheduled by separate order to be issued at a later time.

---

FOR THE COURT:
*Kenneth S. Gardner, Clerk*
/s/ S. Pawar
By:   S. Pawar, Law Clerk