# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO
Minutes of Electronically Recorded Proceeding
Held **October 16, 2014**, Before Honorable Sidney B. Brooks

| In re: | ) | |
|---|---|---|
| | ) | **Bankruptcy Case No.** |
| **THE SRKO FAMILY LIMITED PARTNERSHIP** | ) | **10-13186 - SBB** |
| EIN# 20-0334422 | ) | **Chapter 11** |
| | ) | |
| | ) | |
| | ) | |
| **Debtor(s).** | ) | |

☒ Appearances:

| Debtor(s), | THE SRKO FAMILY LIMITED PARTNERSHIP : | Counsel: <u>Lee Kutner</u> |
|---|---|---|
| Trustee, | United States Trustee: | Counsel: <u>Allen Motes</u> |
| Creditor, | Informal Mechanics Lienholders: | Counsel: <u>Caroline Fuller & Jean Arnold</u> |
| Creditor, | Jannie Richardson: | Counsel: <u>Christian Onsager</u> |
| Creditor, | ITG Taxable Fund, LLLP: | Counsel: <u>Christopher Richardson</u> |
| Creditor, | Transit Mix Concrete Co. | Counsel: <u>David Law</u> |
| Creditor, | C. Randel Lewis, Chapter 11 Trustee for the Jannie Richardson Bankruptcy Case, Case No. 10-16450-SBB | Counsel: <u>Craig Christensen & Harrie Lewis</u> |

☐ No appearances:

Proceedings: **Confirmation of Chapter 11 Plan of Reorganization filed September 19, 2014 by Jannie Richardson and Webelieveintomorrow, LLC (Docket #1185) and objections thereto.**

☒ Entry of appearances and statements/arguments made

☒ Evidentiary[1]

☐ Witnesses sworn, as noted below, or ☐ see attached list

☐ Exhibits entered, as noted below, or ☐ see attached list

☒ **Also appearing by telephone were Jannie Richardson.**

**Mr. Onsager confirmed that the proposed competing reorganization plan by Jannie Richardson and Webelieveintomorrow, LLC (Docket #1185) is no longer being pursed.**

Orders:

☒ Oral findings and conclusions made of record

☒ **IT IS ORDERED** that based on statements made on the record, the Chapter 11 Plan of Reorganization filed September 19, 2014 by Jannie Richardson and Webelieveintomorrow, LLC (Docket #1185) and objections thereto are deemed **MOOT/WITHDRAWN**.

FOR THE COURT:
*Kenneth S. Gardner, Clerk*
/s/ S. Pawar
By:  S. Pawar, Law Clerk

---

[1] Evidentiary for statistical reporting purposes.