## IN THE UNITED STATES BANKRUPTCYCOURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| THE SRKO FAMILY LIMITED ) | Case No. 10-13186 SBB |
| PARTNERSHIP ) | Chapter 11 |
| EIN: 20-033442 ) | |
| ) | |
| Debtor. ) | |

## NOTICE OF FILING RICHARDSON'S PROPOSED
## FINDINGS OF FACT AND CONCLUSIONS OF LAW

You are hereby notified that Jannie Richardson has filed Richardson's Proposed Findings of Fact and Conclusions of Law attached to this Notice.

Dated: October 22, 2014

                                            Respectfully submitted,

                                            **Onsager | Guyerson | Fletcher | Johnson, LLC**

                                            s/ Christian C. Onsager
                                            Christian C. Onsager  CBN 06889
                                            1801 Broadway, Suite 900
                                            Denver, Colorado 80202
                                            Ph: (303) 512-1123
                                            Fax: (303) 512-1129
                                            consager@OGFJ-law.com